RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
SUNETHRA MURALIDHARA
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Sunethra_Muralidhara@fd.org

Attorneys for Stephen Daniel Schaaf

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>STEPHEN DANIEL SCHAAF,<br><br>                    Defendant. | Case No. 2:10-cr-00594-LDG-GWF<br><br>**NOTICE CONCERNING THE UNITED STATES SUPREME COURT'S DECISION IN *BECKLES v. UNITED STATES* AND MOTION TO DEFER RULING FOR 30 DAYS** |

Petitioner/Defendant, STEPHEN DANIEL SCHAAF, through undersigned counsel, Assistant Federal Public Defenders, NISHA BROOKS-WHITTINGTON and SUNETHRA MURALIDHARA, hereby requests that the Court defer ruling on his Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentence Pursuant to 28 U.S.C. § 2255 ("Motion to Vacate") for thirty (30) days.

Undersigned counsel are aware that the Supreme Court issued its ruling in *Beckles v. United States*, No. 15-8544, 2017 WL 855781 (U.S. Mar. 6, 2017). Undersigned counsel are currently reviewing the *Beckles* decision and making contact with Petitioner/Defendant, who is currently in the custody of the Bureau of Prisons, about the *Beckles* decision. Accordingly,

Petitioner/Defendant respectfully requests thirty (30) days to submit a filing to the Court, and requests that the Court defer ruling on the Motion to Vacate during this deferment.

DATED this 24th day of March, 2017.

                    Respectfully submitted,
                    RENE L. VALLADARES
                    Federal Public Defender

By: */s/ Nisha Brooks-Whittington*
     NISHA BROOKS-WHITTINGTON
     Assistant Federal Public Defender

By: */s/ Sunethra Muralidhara*
     SUNETHRA MURALIDHARA
     Assistant Federal Public Defender

## ORDER

IT IS SO ORDERED.

DATED this ____ day of March, 2017.

                    _____
                    Lloyd D. George
                    U.S. District Judge