# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN DANIEL SCHAAF,

    Defendant.

Case No. 2:10-cr-00594-LDG (GWF)

**ORDER**

Defendant Stephen Daniel Schaaf moves for voluntary dismissal of his motion to vacate, set aside, or correct criminal conviction and sentence pursuant to 28 U.S.C. §2255 (ECF No. 29). The Court will grant defendant's motion.

Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant's Voluntary Motion to Withdraw Motion to Vacate, Set Aside, or Correct a Criminal Conviction or Sentence Pursuant to 28 U.S.C. §2255 (ECF No. 29) is GRANTED. The Clerk of the Court shall modify the docket to indicate that Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28

1  U.S.C. §2255 (ECF No. 26) and Defendant's Abridged Motion to Vacate, Set Aside, or

2  Correct Sentence Pursuant to 28 U.S.C. §2255 (ECF No. 25) are WITHDRAWN.

3

4  DATED this _____ day of August, 2017.

5  _____

6  Lloyd D. George
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26